UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAYSON BARBER, et al., | ) | |
| | ) | Case No.: 1:25-CV-02060 |
| Plaintiff, | ) | |
| | ) | Judge Christopher A. Boyko |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING PURSUANT TO
FED. R. CIV. P. 26(f) AND LOCAL RULE 16.3(b)**

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 22, 2026, and was attended by:

Andrew J. Thompson, Esq., counsel for Plaintiffs, Jayson and Jacqueline Barber; and

Karen E. Swanson Haan, Esq., counsel for Defendant, United States of America.

2.      The parties will exchange initial disclosures by February 27, 2026.

3.      The parties recommend that the case proceed on the Standard Track.

4.      Pursuant to Local Rule 5.1(c) all documents must be electronically filed absent a showing of good cause.

5.      This case is not suitable for ADR at this time but may be after discovery.

6.      The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7.      Recommended discovery plan:

(a)  Describe the subjects, nature and extent of discovery

The parties anticipate exchanging written discovery and taking fact depositions regarding both liability and damages. This includes the issue of whether Defendant was negligent, whether that negligence caused or contributed to Plaintiff's injuries, and the nature and extent of the damages he suffered. The parties will exchange possible expert reports after the close of fact discovery.

(b)  Non-Expert discovery cut-off date: September 7, 2026

(c)  Plaintiff's Expert report due date: October 7, 2026

(d)  Defendant's Expert report due date: November 20, 2026

(e)  Expert discovery cut-off date: December 30, 2026

8.      Recommended cut-off date for amending the pleadings and/or adding additional parties: April 10, 2026

9.      Recommended dispositive motion date: January 29, 2027

10.      Recommended date for a Settlement Conference / Mediation: July 20, 2026

11.      The parties do not have any other matters to bring to the Court's attention at this time.

Respectfully submitted,

/s/ Andrew J. Thompson
Andrew J. Thomson (0071530)
Neal E. Shapero (0009426)
SHAPERO ǀ ROLOFF CO., L.P.A.
1111 Superior Ave. East, Suite 1310
Ceveland, Ohio 44114
T: (216) 781-1700
F: (216) 781-1972
athompson@shaperoroloff.com
nshapero@shaperoroloff.com

Attorney for Plaintiffs

/s/ Karen E. Swanson Haan
Karen E. Swanson Haan (0082518)
Assistant U.S. Attorney
Carl B. Stokes U.S. Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3851 (Phone)
(216) 522-4982 (Facsimile)
Karen.Swanson.Haan@usdoj.gov

Attorney for Defendant